**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
POST OFFICE BOX 5514
FRESNO, CALIFORNIA 93755-5514
TELEPHONE: (559) 498-8155

Attorney for Defendant, CHRISTOPHER WILLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA </br> Plaintiff, </br> vs. </br> CHRISTOPHER WILLIS </br> Defendant. | CASE NO. 08- 0122 LJO </br></br> **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, KIRK E. SHERRIFF, and counsel for Defendant CHRISTOPHER WILLIS, Joan Jacobs Levie, that the date established for the first status conference, currently scheduled for September 30, 2011 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill, be continued until October 14, 2011 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill.

The parties stipulate that the continuance is necessary because efforts are underway by the parties to resolve this case together with case number 11-293 LJO through a negotiated settlement involving the government, the defendant, and U.S. Probation. The government has extended a plea offer to the defense in the related case, and the parties have discussed with the Probation Officer the terms of an appropriate resolution of the supervised release violation in the present case, but additional time is required for further plea negotiations to allow the parties to attempt to reach a resolution on both cases. The requested two-week continuance is necessary to ensure the defendant

has reasonable time for effective preparation and to enable the parties to have sufficient time to attempt to reach a resolution on the pending plea issues.

DATED:  9/23/2011         /s/*Joan Jacobs Levie*
                          JOAN JACOBS LEVIE,
                          Attorney for Defendant
                          CHRISTOPHER WILLIS

DATED:  9/23/2011         /s/Kirk E. Sherriff
                          KIRK E. SHERRIFF
                          Assistant U.S. Attorney


**ORDER**

The status conference in the above-entitled matter is continued to October 14, 2011 at 9:00 a.m. Time is excluded.  Good cause for the continuance has been stated.

IT IS SO ORDERED.

Dated:  **September 26, 2011**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

-2-